MARY LYNN MACRIS et al., Appellants, v PAULA SEOUD MATTA et al., Respondents. [956 NYS2d 173]—

The Supreme Court properly granted the defendants' motion for summary judgment dismissing the complaint. The defendants established their prima facie entitlement to judgment as a matter of law, as they have no affirmative duty to remedy a natural condition on their property such as the beaver dam at issue here (*see Vanderwiele v Taylor*, 65 NY 341 [1875]; *Frank v Garrison*, 184 AD2d 852 [1992]; *Lichtman v Nadler*, 74 AD2d 66 [1980]). In response to this showing, the plaintiffs failed to raise a triable issue of fact (*see Hilltop Nyack Corp. v TRMI Holdings*, 272 AD2d 521 [2000]; *cf. Higgins v Village of Orchard Park*, 277 AD2d 989 [2000]).

The parties' remaining contentions are without merit. Mastro, J.P., Rivera, Chambers and Lott, JJ., concur.